**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GAZZINI, et. al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:23-CV-00124-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

　　　On January 22, 2024, the Court issued an order setting a mandatory case management conference and exchange of initial disclosures. (ECF No. 24.) The Court mailed the filings to Plaintiff's listed mailing address at the Northern Nevada Correctional Center ("NNCC"). NNCC returned the document as "undeliverable," stating that Plaintiff was transferred to High Desert State Prison. (ECF No. 26.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

　　　Accordingly, **IT IS THEREFORE ORDERED** that Plaintiff shall file his notice of change of address with the Court by **February 23, 2024**, and failure to do so will result in a recommendation that this action be dismissed.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** this order and **RESEND** ECF No. 24 to the Plaintiff at **High Desert State Prison**.

　　　**IT IS SO ORDERED.**

**DATED**: January 23, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**