UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GAZZINI, *et. al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:23-cv-00124-CLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>[ECF No. 74] |

　　　Before the Court is Plaintiff Yoandy Fernandez-Morales's ("Fernandez-Morales") motion for leave to file excess pages. (ECF No. 74.) Fernandez-Morales asks to exceed the page limit for his response to Defendants' motion for summary judgment by 5 pages to adequately respond to Defendants' 28 page long typewritten motion for summary judgment. (*Id.*)

　　　The Court looks disfavorably on motions to exceed page limits, so permission to do so will not be granted routinely. *See* Local Rule 7-3(c). Such a motion will be granted only upon a showing of good cause. *Id.* Considering Fernandez-Morales's *pro se* status and upon finding that good cause exists, Fernandez-Morales's motion, (ECF No. 74), is **GRANTED**.

　　　**IT IS SO ORDERED**.

　　　**DATED**: September 13, 2024

_____
UNITED STATES MAGISTRATE JUDGE